UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACKSON PAVELKA, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>    Defendant. | Case No.: 3:20-cv-01557 |

**STIPULATION TO DISMISS THE ACTION**

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed. R. Civ. Proc. 41(a), hereby stipulate and agree to the dismissal of Plaintiff Jackson Pavelka's individual claims against Defendant Charter Communications, Inc. with prejudice, and with each party bearing its own costs and attorneys' fees. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs and attorneys' fees. This stipulation of dismissal disposes of the entire action.

Respectfully submitted,

| **THE PLAINTIFF** | **THE DEFENDANT** |
|---|---|
| JACKSON PAVELKA | CHARTER COMMUNICATIONS, INC. |

<div style="display: flex;">

*/s/Brenden P. Leydon*
Brenden P. Leydon
WOCL LEYDON LLC
80 Fourth Street
Stamford, CT 06905
Phone: (203) 333-3339
Fax: (203) 324-1407
Email: BLeydon@woclleydon.com
Federal Bar No.: CT16026

*Counsel for Plaintiff and
the Putative Class*

/s/ *Paul A. Grammatico*
Paul A. Grammatico (*pro hac vice*)
KABAT CHAPMAN & OZMER LLP
333 S. Grand Ave.
Suite 2225
Los Angeles, CA 90071
Phone: 213-493-3988
Fax: 404-400-7300
pgrmmatico@kcozlaw.com

Ryan D. Watstein (*pro hac vice*)
KABAT CHAPMAN & OZMER LLP
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
Phone: 404-400-7300
Fax: 404-400-7333
rwatstein@kcozlaw.com

Brian J. Wheelin
Robinson & Cole LLP, Stamford
1055 Washington Boulevard 9th Floor
Stamford, CT 06901-2249
203-462-7512
Fax: 203-462-7599
Email: bwheelin@rc.com

Trevor Loomis Bradley
Robinson & Cole LLP, Stamford
1055 Washington Boulevard 9th Floor
Stamford, CT 06901-2249
203-462-7562
Fax: 203-462-7599
Email: tbradley@rc.com

*Counsel for Defendant, Charter
Communications, Inc.*

3

**CERTIFICATION OF SERVICE**

I hereby certify that on April 1, 2022, I filed the foregoing Stipulation with the Clerk of the Court and served counsel for every party to this matter by using the ECF system.

     /s/  Brenden P. Leydon
     Brenden P. Leydon, Esq.